RECEIVED
IN LAKE CHARLES, LA.

JUL 16 2015

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL *ex rel*, STATE OF LOUISIANA | * * * * | CIVIL ACTION NO. 6:15-cv-1507 |
| Plaintiff, | * * | |
| v. | * * | JUDGE MINALDI |
| BRISTOL MYERS SQUIBB SNAOFI PHARMACEUTICALS HOLDING PARTNERSHIP, ET AL., | * * * * | |
| Defendants. | * | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 28] of the Magistrate Judge previously filed herein; after an independent review of the record; consideration of the Objection [Doc. 30] and Response to Objection [Doc. 31], filed by the plaintiff and defendant, respectively; a *de novo* determination of the issues; and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion to Remand [Doc. 16] be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Expedited Consideration [Doc. 31] be and hereby is **GRANTED.**

1

2

**IT IS FURTHER ORDERED** that the defendants' Motion for Hearing [Doc. 33] be and hereby is **DENIED.**

Lake Charles, Louisiana, this 16 day of July, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE